UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| SHOLOM KELLER,<br><br>                    Plaintiff,<br><br>    v.<br><br>CHEMBIO DIAGNOSTICS, INC., KATHERINE L. DAVIS, JOHN G. POTTHOFF, DAVID W.K. ACHESON, DAVID W. BESPALKO, RICHARD L. EBERLY, LESLIE TESO-LICHTMAN, and LAWRENCE J. STEENVOORDEN.<br><br>                    Defendants. | Case No. 23-cv-01388-PAC<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)** |

    Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: May 18, 2023 | **WOHL & FRUCHTER LLP**<br><br>By:/s *Joshua E. Fruchter*<br>Joshua E. Fruchter (JF2970)<br>25 Robert Pitt Drive, Suite 209G<br>Monsey, NY 10952<br>Tel: (845) 290-6818<br>Fax: (718) 504-3773<br>Email: jfruchter@wohlfruchter.com<br><br>*Attorneys for Plaintiff* |